

RECEIVED
WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
10/21/11

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **GUERLYNS ROUSSEAU** | **CIVIL ACTION NO. 11-0413**<br>Section P |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOHN SMITH, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. # 21] filed on behalf of Respondents is **GRANTED**, and the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 21 day of October 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE