

RECEIVED
MRO, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
10 21 11

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

GUERLYNS ROUSSEAU

CIVIL ACTION NO.  11-0413
Section P

VERSUS

JUDGE ROBERT G. JAMES

JOHN SMITH, ET AL.

MAG. JUDGE KAREN L. HAYES

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. # 21] filed on behalf of Respondents is **GRANTED**, and the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this **21** day of **October** 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE